UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

       vs.                                                   Case No.  05-CR-26

FIELD HADLEY,

        Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of a plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Indictment, the defendant agrees to the forfeiture of his interest in property named in the forfeiture provision of the Indictment filed January 19, 2005;

**IT IS HEREBY ORDERED** that any right, title and interest of the defendant in the real property described below is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

    1.     real property commonly known as 1242 Liberty Street, Oshkosh, Wisconsin.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

**IT IS FURTHER ORDERED** that this Order be incorporated by reference in the Judgment and Commitment Order.

**IT IS FURTHER ORDERED** that pursuant to the motion from the United States, the $300,000 personal money judgment listed in the Indictment be dismissed forthwith.

Dated at Green Bay, Wisconsin, this  4th  day of May, 2005.

s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
UNITED STATES DISTRICT JUDGE